BENJAMIN B. WAGNER
Acting United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:03CR5004 OWW |
| Plaintiff, | ) ORDER FOR |
| | ) DISMISSAL OF INDICTMENT |
| v. | ) |
| SALEH ZAIDEN, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED, that the Indictment against SALEH ZAIDEN, be dismissed in the interest of justice and without prejudice.

DATED: 9/13/2011           /s/ OLIVER W. WANGER
                          OLIVER W. WANGER
                          U.S. District Court Judge